UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

---

| | |
|---|---|
| ASHLEY ROBINSON, | ) |
| | ) |
| Plaintiff, | ) |
| v. | )  Case No. 13-CV-2039 |
| | ) |
| SHELITH HANSBRO etal., | ) |
| | ) |
| Defendants. | ) |

## ORDER

A Report and Recommendation (#30) was filed by Magistrate Judge David G. Bernthal in the above cause on October 22, 2013. More than fourteen (14) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#30) is accepted by this court.

(2) The Motion to Dismiss (#22) filed by Defendants Nicholas Foraker, Amander Rincker and Theresa Bayer is GRANTED in part and DENIED in part.

(3) Defendants' Motion to Dismiss is GRANTED as to Count VIII of Plaintiff's Complaint and Count VIII is dismissed in its entirety for lack of subject matter jurisdiction.

(4) Defendants' Motion to Dismiss is also GRANTED as to Plaintiff's § 1983 claim against Bayer in Count III with leave to amend. Plaintiff is allowed twenty-one (21) days to file an amended complaint so that, if appropriate, she may add facts that form a plausible § 1983 claim against Bayer. Defendants' Motion to Dismiss is DENIED as to Plaintiff's § 1983 claims against Foraker and Rincker in Count III.

(5) This case is referred to Judge Bernthal for further proceedings.

ENTERED this 2nd day of December, 2013.


s/MICHAEL P. McCUSKEY
U.S. DISTRICT JUDGE