UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

ASHLEY ROBINSON,            )
                            )
            Plaintiff,      )
                            )
v.                          )   No.: 13-2039
                            )
                            )
SHELITH HANSBRO, TIMOTHY    )
WARE, and NICHOLAS FORAKER, )
                            )
            Defendants.     )

FILED
MAR 17 2016
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

## JURY VERDICT

On Plaintiff's claim against Defendant Timothy Ware in Count I, we, the jury, find in favor of:

(CHECK ONE) Plaintiff____✓____    Defendant_____

On Plaintiff's claim against Defendant Shelith Hansbro in Count II, we, the jury, find in favor of:

(CHECK ONE) Plaintiff_____    Defendant____✓____

On Plaintiff's claim against Defendant Nicholas Foraker in Count III, we, the jury, find in favor of:

(CHECK ONE) Plaintiff_____    Defendant____✓____

*If you found in favor of Plaintiff and against any one of the Defendants, complete the following damages section. If you found in favor of all three Defendants, then you will not award any damages.*

Plaintiff's compensatory damages     $ 500,000

*If you have awarded compensatory damages to Plaintiff, you may also award punitive damages.*

Punitive damages against Defendant Ware     $ 1,000,000

Punitive damages against Defendant Hansbro     $ 0

Punitive damages against Defendant Foraker     $ 0

On Defendant Ware's counterclaim against Plaintiff for defamation, we, the jury, find in favor of:

(CHECK ONE) Defendant Ware_____ Plaintiff ✓

On Defendant Ware's counterclaim against Plaintiff for intentional infliction of emotional distress, we, the jury, find in favor of:

(CHECK ONE) Defendant Ware_____ Plaintiff ✓

On Defendant Ware's counterclaim against Plaintiff for abuse of process, we, the jury, find in favor of:

(CHECK ONE) Defendant Ware_____ Plaintiff ✓

*If you found in favor of Defendant Ware and against Plaintiff on any of Defendant Ware's claims, complete the following damages section. If you found in favor of Plaintiff on all of Defendant Ware's claims, then you will not award any damages.*

Defendant Ware's compensatory damages     $ 0

*If you have awarded compensatory damages to Defendant Ware, you may also award punitive damages.*

Punitive damages against Plaintiff     $ 0

Fill in the date, and each juror must sign the form.

Date: _3/17/2016_

s/Presiding Juror                                   s/Juror

_____        _____
Presiding Juror

s/Juror                                             s/Juror

_____        _____

s/Juror                                             s/Juror

_____        _____

s/Juror                                             s/Juror

_____        _____