Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
**Central District of Illinois**

| | |
|---|---|
| ASHLEY ROBINSON,<br><br>**Plaintiff**<br>         vs.<br>SHELITH HANSBRO, TIMOTHY WARE, FORAKER, UNKNOWN CORRECTIONAL OFFICERS, RINKER, BAYER,<br><br>**Defendants**<br><br>**TIMOTHY WARE,**<br><br>**Counter Claimant**<br>         vs.<br><br>**ASHLEY ROBINSON,**<br><br>**Counter Defendant** | )<br>)<br>)<br>)<br>)  Case Number: 13-2039<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL CASE

☒ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED** that Judgment is entered as follows:   On Count 1, for Plaintiff Robinson and against Defendant Ware with compensatory damages for $500,000.00 and punitive damages for $1,000,000.00.   On Count 2, for Defendant Hansbro. On Count 3, for Defendant Foraker. On Ware's Counter Claim, for Counter Defendant Robinson.

☒ **DECISION BY THE COURT**.   This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendant Bayer was dismissed by Court Order on 12/2/13 and Defendant Rinker was dismissed by Court Order on 3/5/15.

**Dated: 3/18/2016**

                                        s/ Kenneth A. Wells
                                        Kenneth A. Wells
                                        Clerk, U.S. District Court