

## Activity in Case 2:13-cv-02039-MPM-DGB Robinson v. Hansbro et al Complaint

1 message

---

ECF_Returns@ilcd.uscourts.gov <ECF_Returns@ilcd.uscourts.gov>
To: ECF_Notices@ilcd.uscourts.gov

Tue, Feb 12, 2013 at 2:45 PM

---

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### CENTRAL DISTRICT OF ILLINOIS

### Notice of Electronic Filing

The following transaction was entered by Meyer, Louis on 2/12/2013 at 2:45 PM CST and filed on 2/12/2013
**Case Name:** Robinson v. Hansbro et al
**Case Number:** 2:13-cv-02039-MPM-DGB
**Filer:** Ashley Robinson
**Document Number:** 1
**Judge(s) Assigned:** Michael P. McCuskey (presiding), David G. Bernthal (referral)

**Docket Text:**
**COMPLAINT against All Defendants ( Filing fee $ 350 receipt number 0753-1529435.), filed by Ashley Robinson. (Attachments: # (1) Civil Cover Sheet Civil Cover Sheet) (Meyer, Louis)**

**2:13-cv-02039-MPM-DGB Notice has been electronically mailed to:**

Louis J Meyer &nbsp &nbsp louis.meyerkisslaw@gmail.com, meyerlouis@hotmail.com

**2:13-cv-02039-MPM-DGB Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1068668610 [Date=2/12/2013] [FileNumber=1832150-0
] [425dda5a9bf6e3fdce17ff3527c93d9cd4f55add84ed6dc7b2083a380da3980344f
9d1175c03f33a5c1fd0cd5da20673291f4c7641470ab3b4fb75e9cf819989]]
**Document description:**Civil Cover Sheet Civil Cover Sheet
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1068668610 [Date=2/12/2013] [FileNumber=1832150-1
] [5aadcdf78e952b36ced5b5cdaf529d8165f7cc6e2ba9508bd285e1a6678d4788781

```
========================================
       NORTH UNIVERSITY STA APC 2
            6310 N UNIVERSITY ST
           PEORIA, IL 61614-9800

02/12/2013                    04:44:44 PM
=========================================

              Sales Receipt
Product          Sale   Unit      Final
Description      Qty    Price     Price


DECATUR, IL  62524                 $1.32
Zone-2 First-Class Mail®
Large Envelope
0 lb  3.00 oz.
                                ========
Issue Postage:                     $1.32

DECATUR, IL  62524                 $1.32
Zone-2 First-Class Mail®
Large Envelope
0 lb  3.00 oz.
                                ========
Issue Postage:                     $1.32

DECATUR, IL  62524                 $1.32
Zone-2 First-Class Mail®
Large Envelope
0 lb  2.90 oz.
                                ========
Issue Postage:                     $1.32

DECATUR, IL  62524                 $1.32
Zone-2 First-Class Mail®
Large Envelope
0 lb  3.00 oz.
                                ========
Issue Postage:                     $1.32

DECATUR, IL  62524                 $1.32
Zone-2 First-Class Mail®
Large Envelope
0 lb  3.00 oz.
                                ========
Issue Postage:                     $1.32

Total                          ==========
                                   $6.60

Paid by:
MasterCard                         $6.60
  Account #:    XXXXXXXXXXXX6428
  Approval #:   03695Z
  Transaction #:  524
  23-901930347-99

APC Transaction #:      119
USPS® #                 166183-9553

              Thanks.
        It's a pleasure to serve you.

ALL SALES FINAL ON STAMPS AND POSTAGE.
REFUNDS FOR GUARANTEED SERVICES ONLY.
```


CHASE ONLINE^SM  Wednesday, March 23, 2016

My Accounts > Account Activity > Check Details

## Check Details

▶ Print  ▶ Help with this page

**I'd like to...**
▸ See Account Statements

BUSINESS CLASSIC (...4652)

**Check Number:** 1793     **Post Date:** 11/20/2015     **Amount of Check:** $45.75

Front  Enlarge/Reduce Check Image



Need help printing or saving this check?

Back  Enlarge/Reduce Check Image



Need help printing or saving this check?

Return to Account Activity

Security | Terms of Use | Legal Agreements and Disclosures|

© 2016 JPMorgan Chase & Co.

```
=================================
        LOOP STATION APC 3
          211 S CLARK ST
        CHICAGO, IL 60604-9998

11/17/2015                03:33:45 PM
=================================
             Sales Receipt
---------------------------------
Product        Sale    Unit    Final
Description     Qty   Price    Price

DECATUR, IL 62526-4066            $.71
Zone-3
First-Class Mail® Letter
%% USPS Certified Mail™:
See receipt from form on mailpiece
7015 1730 0002 2382 5208
0 lb. 1.20 oz.
* Expected Delivery Day Thursday,
November 19.
  Certified Mail™               $3.45
  Return Receipt (U.S. Mail)    $2.80
  Return Receipt #:
  9590 9403 0668 5183 1510 94
                              ========
Issue Postage:                   $6.96

Total:                           $6.96
                              ========
Paid by:
MasterCard                       $6.96
  Account #:      XXXXXXXXXXXX0594
  Approval #:     05554C
  Transaction #:  648
  ?3-9C!950345-99

SSK Transaction #:            73
USPS® #:              161562-9555

%% To check on the delivery status of
this article, visit our Track &
Confirm website at USPS.com, use this
self-service kiosk (or any
self-service kiosk at other Postal
locations) or call 1-800-222-1811.

Please retain all receipts from
affixed forms. For inquiries, both the
sales receipt and the customer copy
from the affixed form shall be
   ired.

          Thanks.
    it's a pleasure to serve you.

L SALES FINAL ON STAMPS AND POST
REFUNDS FOR GUARANTEED SERVICES
```

*(handwritten on receipt near Total)* BAYER / SURGERY FOR / MCGRAW

---

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$

Postmark
Here

7015 1730 0002 2382 5208

Sent To  THERESA E. BAYER
Street and Apt. No., or PO Box No.  1415 N. MONROE ST.
City, State, ZIP+4®  DECATUR, IL 62526

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions



(1) Ashley Robinson
subpeana to
Crystal Burton + Brittany
Derek

LOOP CLARK STREET
211 S CLARK ST
CHICAGO
IL
606049998
1615620041
02/24/2016    (800)275-8777    2:37 PM
============================================
Product                Sale      Final
Description             Qty       Price
============================================
First-Class            1         $0.49
Mail
Letter
    (Domestic)
    (CHAMPAIGN, IL 61821)
    (Weight:0 Lb 1.00 Oz)
    (Expected Delivery Day)
    (Friday 02/26/2016)
Certified              1         $3.45
    (USPS Certified Mail #)
    (70132630000150740254)
Return                 1         $2.80
Receipt
    (USPS Return Receipt #)
    (9590952106150183139298)
First-Class            1         $0.49
Mail
Letter
    (Domestic)
    (PRINCETON, IL 61356)
    (Weight:0 Lb 1.00 Oz)
    (Expected Delivery Day)
    (Friday 02/26/2016)
Certified              1         $3.45
    (USPS Certified Mail #)
    (70132630000150740247)
Return                 1         $2.80
Receipt
    (USPS Return Receipt #)
    (9590952106150183139250)
Total                            $13.48

Debit Card Remit'd               $13.48
    (Card Name:Debit Card)
    (Account #:XXXXXXXXXXX9073)
    (Approval #:003715)
    (Transaction #:188)
    (Receipt #:005382)
    (Debit Card Purchase:$13.48)
    (Cash Back:$0.00)

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit USPS.com
USPS Tracking or call 1-800-222-1811.

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

*********************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

PRINCETON IL 61356          OFFICIAL USE

Postage    $       $2.80
Certified Fee        $0.00
Return Receipt Fee   $0.00
(Endorsement Required)
Restricted Delivery Fee $0.00
(Endorsement Required) $0.49
Total Postage & Fees  $   $6.74

7013 2630 0001 5074 0247    0041
                             17
Postmark
Here

02/24/2016

Sent To  Brittany Derek
Street, Apt. No.;  22026 Ni 950 E Street
or PO Box No.
City, State, ZIP+4  Princeton, IL 63356
PS Form 3800, August 2006    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

CHAMPAIGN, IL 61821          OFFICIAL USE

Postage    $3.45  $
Certified Fee        $2.80
                     $0.00
Return Receipt Fee   $0.00
(Endorsement Required) $0.00
Restricted Delivery Fee $0.00
(Endorsement Required) $0.49
Total Postage & Fees  $   $6.74

7013 2630 0001 5074 0254    0041
                             17
Postmark
Here

02/24/2016

Sent To  Crystal Burton
Street, Apt. No.  1200 N. Northwod Drive
or PO Box No.
City, State, ZIP+4  Champaign, IL 61821
PS Form 3800, August 2006    See Reverse for Instructions

```
========================================
            LOOP STATION APC 4
             211 S CLARK ST
           CHICAGO, IL 60604-9998

11/20/2015                  04:40:19 PM
========================================
                 Sales Receipt
Product          Sale   Unit      Final
Description       Qty   Price     Price

PRINCETON, IL  61356                $.93
Zone-2
First-Class Mail® Letter
%% USPS Certified Mail™:
See receipt from form on mailpiece
7015 1730 0002 2382 5185
0 lb. 2.10 oz.
* Expected Delivery Day Monday,
November 23.
  Certified Mail™               $3.45
  Return Receipt (U.S. Mail)    $2.80
  Return Receipt #:
  9590 9403 0668 5183 1510 01
                               ========
Issue Postage:                   $7.18

Total:                         ========
                                 $7.18


Paid by:                         $7.18
MasterCard
  Account #:       XXXXXXXXXXXX0594
  Approval #:      06353C
  Transaction #:   384
  23-901950352-99

SSK Transaction #:       57
USPS® #                  161562-9556

%% To check on the delivery status of
this article, visit our Track &
Confirm website at USPS.com, use this
self-service kiosk (or any
self-service kiosk at other Postal
locations) or call 1-800-222-1811.

Please retain all receipts from
affixed forms. For inquiries, both the
sales receipt and the customer copy
from the affixed form shall be
required.

              Thanks.
      It's a pleasure to serve you.

ALL SALES FINAL ON STAMPS AND POSTAGE.
REFUNDS FOR GUARANTEED SERVICES ONLY.
```

---

## U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

# OFFICIAL USE

2015 1730 0002 2382 5185

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)       $
☐ Return Receipt (electronic)     $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required        $
☐ Adult Signature Restricted Delivery  $

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To  BRITTANY DEBECK
Street and Apt. No., or PO Box No.  22026 N. 1950 E ST.
City, State, ZIP+4®  PRINCETON, IL 61356

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

*A ... bmsn*

```
=========================================
         NORTH UNIVERSITY STA APC 4
            6310 N UNIVERSITY ST
            PEORIA, IL 61614-9800

02/16/2016                  03:42:09 PM
=========================================
```

|                     | Sales Receipt |       |        |
| ------------------- | ------------- | ----- | ------ |
| Product             | Sale          | Unit  | Final  |
| Description         | Qty           | Price | Price  |

NORMAL, IL  61761-2320                $.49
Zone-2
First-Class Mail® Letter
 %% USPS Certified Mail™:
 9514 8000 3708 6047 0002 97
 0 lb. 0.90 oz.
 * Expected Delivery Day Thursday,
February 18.
 Certified Mail™                    $3.45
 Return Receipt (email)             $1.40
                                  ========
Issue Postage:                      $5.34

DECATUR, IL  62526-4066               $.49
Zone-2
First-Class Mail® Letter
 %% USPS Certified Mail™:
 9514 8000 3708 6047 0003 03
 0 lb. 0.90 oz.
 * Expected Delivery Day Thursday,
February 18.
 Certified Mail™                    $3.45
 Return Receipt (email)             $1.40
                                  ========
Issue Postage:                      $5.34


Total:                           ==========
                                   $10.68


Paid by:
MasterCard                         $10.68
   Account #:    XXXXXXXXXXXX6428
   Approval #:   C9298C
   Transaction #:  539
   23-901930461-99

SSK Transaction #:        33
USPS® #                   166183-9555
```

```
========================================
         LOOP STATION APC 1
           211 S CLARK ST
         CHICAGO, IL 60604-9998

11/24/2015    [handwritten]      12:42:00 PM
========================================
              Sales Receipt
          _____
Product          Sale    Unit       Final
Description       Qty    Price       Price
          [handwritten: Copy of subpoena]

PRINCETON, IL  61356                 $.49
Zone-2
First-Class Mail® Letter
  0 lb. 0.30 oz.
  * Expected Delivery Day Friday,
November 27.
                            ========
Issue Postage:                       $.49

$.49 Stamps        2    $.49         $.98

Total:                      ==========
                                    $1.47


Paid by:
DebitCard                           $1.47
  Account #:      XXXXXXXXXXXX9073
  Approval #:     034213
  Transaction #:  698
  23-901950105-99
  Receipt #:      112804

SSK Transaction #:        34
USPS® #                   161562-9552

            Thanks.
     It's a pleasure to serve you.

ALL SALES FINAL ON STAMPS AND POSTAGE.
REFUNDS FOR GUARANTEED SERVICES ONLY.
```

Sivertsen Reporting Service, P.C.
11112 N. Quail Lane
Peoria, IL 61615

# Invoice





**Sivertsen**
Reporting Service

## BILLED TO:

MEYER & KISS, LLC
311 W. Stratford Dr.
Peoria, IL 61614
Attn: Louis J. Meyer, Esq.

FEIN #37-1391220

| | |
|---|---|
| Phone # | (309) 690-3330 |
| Fax # | (309) 693-9941 |

| | |
|---|---|
| **Invoice Date** | 4/4/2014 |
| **Invoice Number** | 16194 |
| **Reporter** | AMJ |

## IN RE:

Ashley Robinson v. Warden Shelith
Hansbro, et al.
Case No. 13-2039

| Job Date | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 3/27/2014 | The original transcript of the deposition of SHELITH HANSBRO, taken in Decatur, Illinois, and appearance fee. (Transcript provided in PDF format only; original exhibits returned and scanned.) | 133 | 3.00 | 399.00 |
| | | | 143.00 | 143.00 |
| | Scanned Exhibits | 6 | 0.25 | 1.50 |
| | Delivery | | 10.00 | 10.00 |

Lea R. Cohen, RMR, CRR
Cheryl Zeone, RPR, CSR
Becky Gantt, RPR, CSR
Angela M. Jones, RPR, CSR

| | |
|---|---|
| **Total** | $553.50 |
| **Payments/Credits** | -$553.50 |
| **Balance Due** | **$0.00** |

Sivertsen Reporting Service, P.C.
11112 N. Quail Lane
Peoria, IL 61615

# Invoice





**Sivertsen**
Reporting Service

## BILLED TO:

MEYER & KISS, LLC
311 W. Stratford Dr.
Peoria, IL 61614
Attn: Louis J. Meyer, Esq.

FEIN #37-1331220

| | |
|---|---|
| Phone # | (309) 690-3330 |
| Fax # | (309) 693-9941 |
| **Invoice Date** | 4/4/2014 |
| **Invoice Number** | 16197 |
| **Reporter** | AMJ |

## IN RE:

Ashley Robinson v. Warden Shelith
Hansbro, et al.
Case No. 13-2039

| Job Date | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 3/28/2014 | The original transcript of the deposition of NICHOLAS FORAKER, taken in Decatur, Illinois, and appearance fee. (Transcript provided in PDF format only; original exhibits returned and scanned.) | 65 | 3.00 | 195.00 |
| | | | 113.00 | 113.00 |
| | Scanned Exhibit | 1 | 0.25 | 0.25 |
| | Delivery | | 10.00 | 10.00 |

Lea R. Cohen, RMR, CRR
Cheryl Zeone, RPR, CSR
Becky Gantt, RPR, CSR
Angela M. Jones, RPR, CSR

| | |
|---|---|
| **Total** | $318.25 |
| **Payments/Credits** | -$318.25 |
| **Balance Due** | **$0.00** |

Sivertsen Reporting Service, P.C.
11112 N. Quail Lane
Peoria, IL 61615

## <u>Invoice</u>





**Reporting Service**

**BILLED TO:**

MEYER & KISS, LLC
311 W. Stratford Dr.
Peoria, IL 61614
Attn:  Louis J. Meyer, Esq.

FEIN #67-1331220

| | |
|---|---|
| Phone # | (309) 690-3330 |
| Fax # | (309) 693-9941 |

**IN RE:**

Ashley Robinson v. Warden Shelith
Hansbro, et al.;
Timothy Ware vs. Ashley Robinson
Case No. 13-2039

| | |
|---|---|
| **Invoice Date** | 6/18/2014 |
| **Invoice Number** | 16477 |
| **Reporter** | BJG |

| Job Date | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 6/2/2014 | The original transcript of the deposition of THERESA BAYER taken in Decatur, Illinois, and appearance fee.  (Amanda Rincker deposition not ordered written.) (Transcript provided in E-Transcript format only; original exhibit returned .) | 94 | 3.00 | 282.00 |
| | | | 192.80 | 192.80 |
| | Delivery | | 10.00 | 10.00 |

Lea R. Cohen, RMR, CRR
Cheryl Zeone, RPR, CSR
Becky Gantt, RPR, CSR
Angela M. Jones, RPR, CSR

| | |
|---|---|
| **Total** | $484.80 |
| **Payments/Credits** | -$484.80 |
| **Balance Due** | $0.00 |

**CYNTHIA M. SMITH**
Owner
1311 North Franklin Avenue
Springfield, Illinois 62702
217-523-6559 or 217-971-5295
cindy-m-smith@att.net
FEIN #45-1545436

September 29, 2014


Mr. Louis J. Meyer
Meyer & Kiss, L.L.C.
Attorneys at Law
53 West Jackson Boulevard, Suite 856
Chicago, Illinois 60604

FOR SERVICES RENDERED:
    In Re: Ashley Robinson v Warden Shelith Hansbro, et al.
        Case No. 13-2039

September 12, 2014 - Deposition of Ashley Robinson,
covered by Cynthia M. Smith.

TRANSCRIPT: Copy – Condensed
      78 Pages                      $156.00

POSTAGE & HANDLING:         $ 10.00


                **TOTAL DUE:**    $166.00


**Thank you!**

**MEYER & KISS LLC**
OPERATING ACCOUNT
53 W. JACKSON BLVD SUITE 856
CHICAGO, ILLINOIS 60604-3832
(312) 765-0100

**CHASE** ◯
JPMorgan Chase Bank, N.A.
www.Chase.com
2-1-710

11/11/2014

PAY TO THE
ORDER OF   Cynthia M. Smith                                        $ **166.00

One Hundred Sixty-Six and 00/100****************************************************************** DOLLARS

Cynthia M. Smith
Owner
1311 North Franklin Avenue
Springfield, Illinois 62702

MEMO   Transcript of Ashley Robinson dep

AUTHORIZED SIGNATURE

---

**MEYER & KISS LLC**                                              1603

  Cynthia M. Smith                           11/11/2014
                    Deposition of transcript of Ashley Robinson          166.00

Operating Account    Transcript of Ashley Robinson dep                 166.00

**MEYER & KISS LLC**                                              1603

  Cynthia M. Smith                           11/11/2014
                    Deposition of transcript of Ashley Robinson          166.00

Operating Account    Transcript of Ashley Robinson dep                 166.00

Sivertsen Reporting Service, P.C.
11112 N. Quail Lane
Peoria, IL 61615

# Invoice





## Reporting Service

## BILLED TO:

MEYER & KISS, LLC
311 W. Stratford Dr.
Peoria, IL 61614
Attn: Louis J. Meyer, Esq.

| | |
|---|---|
| Phone # | (309) 690-3330 |
| Fax # | (309) 693-9941 |

FEIN #37-1391220

## IN RE:

Ashley Robinson v. Warden Shelith
Hansbro, et al.;
Timothy Ware vs. Ashley Robinson
Case No. 13-2039

| | |
|---|---|
| Invoice Date | 11/4/2014 |
| Invoice Number | 16968 |
| Reporter | BJG |

| Job Date | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 10/10/2014 | The original transcript of the deposition of BOBBIE G. DOWELL, taken in Decatur, Illinois, and appearance fee. (Transcript provided in E-Transcript format only; original exhibits returned and scanned.) | 116 | 3.00 | 348.00 |
| | | | 142.80 | 142.80 |
| | | | 10.00 | 10.00 |
| | (Scanning Exhibits) | | 6.75 | 6.75 |

Lea R. Cohen, RMR, CRR
Cheryl Zeone, RPR, CSR
Becky Gantt, RPR, CSR
Angela M. Jones, RPR, CSR

| | |
|---|---|
| **Total** | $507.55 |
| **Payments/Credits** | -$507.55 |
| **Balance Due** | **$0.00** |

Free Online Storage of Transcripts & Exhibits
visit www.sivertsenreporting.com

Area Wide Reporting Service
301 West White
Champaign, IL 61820
FEIN 37-1191539  (217) 356-5119



**Bill To:**

Mr. Louis Meyer, Attorney
Meyer & Kiss, LLC
311 W. Stratford Drive
Peoria  IL  61614

Case Name:  Robinson v. Hansbro, et al.          Case # 13-2039

| Date | Deponent | Product / Service Description | Quantity | Item Price |
|------|----------|-------------------------------|----------|-----------|
| 11/5/14 | | Attendance | 3  hours | $105.00 |
| | Tikmothy Ware | Transcript (orig) | 135  pages | $425.25 |



**If payment is not made in full within 45 days, the invoiced client will be responsible
for all court costs and attorney's fees incurred in the collection of the account.**

NET 30 DAYS:  Accounts over 45 days are subject to service charges of 12.00% annually.   | ALANCE DUE 12/20/2014 | $530.25 |

Thank You For Choosing Area Wide Reporting Service

## Lisa K. Hafliger
### Official Court Reporter
### Macon County Courts Facility
### 253 E. Wood Street, Room 242
### Decatur, IL 62523
### (217) 424-1487
### lhafliger@court.co.macon.il.us

| LOUIS J. MEYER<br>Meyer & Kiss, LLC<br>311 West Stratford Drive<br>Peoria, IL 61614 | Date: February 19th, 2016 |
|---|---|

| Pages | DESCRIPTION | | TOTAL |
|---|---|---|---|
| 53 | 13-CF-630. Partial Report of Proceedings, testimony only, of the Jury Trial held 12/07/15. | | $166.95 |
| 58 | 13-CF-630. Partial Report of Proceedings, testimony only, of the Jury Trial held 12/08/15 | | $182.70 |
| | | | |
| | | | |
| | | | |
| | | Total Due | $349.65 |

**MEYER & KISS LLC**
OPERATING ACCOUNT
53 W. JACKSON BLVD SUITE  856
CHICAGO, ILLINOIS 60604-3832
(312) 765-0100


**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com
2-1-710

Security features. Details on back.

2/18/2016

PAY TO THE
ORDER OF __ Lisa Hafliger                                   $ **349.65

Three Hundred Forty-Nine and 65/100******************************************************** DOLLARS

Lisa Hafliger
253 East Wood Street
Room 242
Decatur, Illinois 62523



AUTHORIZED SIGNATURE

MEMO
transcript from Timothy Ware trial

---

**MEYER & KISS LLC**                                          1842

Lisa Hafliger                          2/18/2016

Criminal trial transcript from Timothy Ware                349.65

Operating Account        transcript from Timothy Ware trial        349.65

**MEYER & KISS LLC**                                          1842

Lisa Hafliger                          2/18/2016

Criminal trial transcript from Timothy Ware                349.65

Operating Account        transcript from Timothy Ware trial        349.65

PRODUCT SSLT103     USE WITH 91663 ENVELOPE

352  BDB5D8  STXRX3  03/15/2014 02:52

February 8, 2016

Meyer & Kiss, LLC
Mr. Louis J. Meyer
311 West Stratford Drive
Peoria IL  61614
(309)713-3751


### STATEMENT


### RE:  2013-CF-630  PEOPLE V. TIMOTHY WARE


    For services rendered in preparing the Partial
Report of Proceedings (Defendant's Allocution) of the
hearing held on February 5, 2016, consisting of 8
pages.



.....................................$29.60   *paid in full 2-16-16*



_____
        Julia M Jewell CSR
        Official Court Reporter
        Macon County Courts Facility
        253 East Wood Street
        Decatur IL  62523
        217-424-1465
        CSR #084-002815

**MEYER & KISS LLC**
OPERATING ACCOUNT
53 W. JACKSON BLVD SUITE 856
CHICAGO, ILLINOIS 60604-3832
(312) 765-0100

**CHASE** 
JPMorgan Chase Bank, N.A.
www.Chase.com
2-1-710

EZShield™ Check Fraud
Protection for Business

2/11/2016

PAY TO THE
ORDER OF ___ Julia Jewell _____ $ **29.60

Twenty-Nine and 60/100**************************************************************** DOLLARS

Julia Jewell
Court Reporter
253 East Wood Street
Decatur, Illinois 62523

MEMO
Timothy Ware sentencing transcript

_____
AUTHORIZED SIGNATURE

Security features. Details on back.



---

**MEYER & KISS LLC**                                                    1836

   Julia Jewell                                      2/11/2016
                 Transcript of Timothy Ware testimony portion at sent        29.60

   Operating Account        Timothy Ware sentencing transcript              29.60

**MEYER & KISS LLC**                                                    1836

   Julia Jewell                                      2/11/2016
                 Transcript of Timothy Ware testimony portion at sent        29.60

                 imothy Ware sentencing transcript                          29.60

.PE

## Office DEPOT OfficeMax

OFFICE DEPOT STORE 238
801 West Lake Street
Peoria, IL 61614
(309) 681-0001
03/12/2016    16.1.5         11:11 AM
STR 238    REG 4    TRN 2311   EMP 253492
--------------------------------------------

SALE
Product ID    Description      Total
167060  BW SS Letter
   882 @ 0.14              123.48
   Bulk @0.08              -52.92
         You Pay           70.56E
209692  BDR,ODP,VW,2",
   2 @ 9.49                18.98
   Promotion
   Promotion              -1.90
         You Pay           17.08SS
475168  DIVIDERS,1-31,       8.99
   Promotion              -4.50
         You Pay            4.49SS
209692  BDR,ODP,VW,2",       9.49
   Promotion              -0.95
         You Pay            8.54SS
475168  DIVIDERS,1-31,       8.99 SS

         Subtotal:         109.66
Sales Tax:                   3.23
         Total:            112.89
         MasterCard 6428:  112.89

AUTH CODE 03127C
TDS Swiped
*******************************************
  DANIEL KISS 1837736246
  Congratulations! You are eligible for
  Choice Member rewards next quarter!
  Select your 5 additional product
  categories at officedepot.com/rewards

## Office DEPOT OfficeMax

OFFICE DEPOT STORE 238
801 West Lake Street
Peoria, IL 61614
(309) 681-0001
03/06/2016    16.1.5         11:21 AM
STR 238    REG 4    TRN 1907   EMP 253492
--------------------------------------------

SALE
Product ID    Description      Total
167060  BW SS Letter
   1,764 @ 0.14            246.96
   Bulk @0.08             -105.84
         You Pay          141.12E
166633  Drilling1-3Hol
   2 @ 3.99                 7.98
         You Pay            7.98E
209692  BDR,ODP,VW,2",
   3 @ 9.49                28.47
   Promotion
   Promotion              -2.85
         You Pay           25.62SS
925382  PAPER,COPY,3RM      18.49SS
   Instant Savings        -6.49
         You Pay           12.00SS
475168  DIVIDERS,1-31,
   2 @ 8.99                17.98
   Promotion              -1.80
         You Pay           16.18SS
209692  BDR,ODP,VW,2",       9.49
   Promotion
         You Pay            9.49SS
475168  DIVIDERS,1-31,       8.99
   Promotion              -4.50
   Promotion              -0.45
         You Pay            4.04SS
475168  DIVIDERS,1-31,       8.99
   Promotion              -4.50
         You Pay            4.49SS

         Subtotal:         220.92
Sales Tax:                   5.93
         Total:            226.85
         MasterCard 6428:  226.85

AUTH CODE 09502C
TDS Swiped
*******************************************



**Business Solutions**

Kwik Kopy Business Solutions
3831 N. Sheridan Rd.
Peoria, IL 61614
(309) 688-2155  FAX (309) 688-8256
E-Mail: orders.kk602@comcast.net

# Invoice

| 21857 |
| --- |
| 3/25/2014 |

PO#

1

Lois Myer

| Quantity | Description | Price |
| --- | --- | --- |
| 375 | B&W copies | 40.17 |

KWIK KOPY PRINTING
3831 N. SHERIDAN RD
PEORIA, IL 61614

BATCH: 456
S-A-L-E-S  D-R-A-F-T
****** REPRINT ******
72018254
000890001165

REF:     0002
CD TYPE: MASTERCARD
TR TYPE: PURCHASE
DATE:    MAR 25, 14

Account Ty
PLEASE PA

TOTAL          $40.17

GIVE US A
NEEDS.

THANK YC

ACCT:         6428       EXP: ##/##
AP: 09730C
CUST. 717
TAX              $0.00

CARDMEMBER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICES IN THE AMOUNT OF THE
TOTAL SHOWN HEREON AND AGREES TO PERFORM
THE OBLIGATIONS SET FORTH BY THE
CARDMEMBER'S AGREEMENT WITH THE ISSUER

Wanted: Mon 3/31

| | |
| --- | --- |
| SUBTOTAL | 40.17 |
| SHIPPING | |
| TOTAL | 40.17 |
| AMOUNT DUE | 0.00 |

Received By

TOP COPY-MERCHANT   BOTTOM COPY-CUSTOMER

Customer-Yellow

```
================================
       LOOP STATION APC 2
         211 S CLARK ST
       CHICAGO, IL 60604-9998
10/04/2013              04:14:38 PM
================================
```

              Sales Receipt
Product        Sale    Unit    Final
Description     Qty    Price   Price
--------------------------------

URBANA, IL 61801                 $1.92
Zone-2
First-Class Mail® Large Envelope
  0 lb. 5.40 oz.
  * Scheduled Delivery Day Monday,
October 7.
                         ========
Issue Postage:                   $1.92

SPRINGFIELD, IL 62706            $2.12
Zone-3
First-Class Mail® Large Envelope
  0 lb. 6.40 oz.
  * Scheduled Delivery Day Monday,
October 7.
                         ========
Issue Postage:                   $2.12

Total:                   ==========
                                 $4.04

Paid by:
MasterCard                       $4.04
   Account #:    XXXXXXXXXXXX0594
   Approval #:   03665C
   Transaction #:  845
   23-901950162-99

SSK Transaction #:        52
USPS® #              161562-9553
             Thanks.
     It's a pleasure to serve you.

ALL SALES FINAL ON STAMPS AND POSTAGE.
REFUNDS FOR GUARANTEED SERVICES ONLY.

LOMBARD IL 60148                 $1.12
Zone-2 First-Class
Large Env
2.00 oz.
Expected Delivery: Wed 07/03/13
*** Return Rcpt                  $1.25
(Electronic)
Use label # 70130600000223885573
for inquiry on Return Receipt
(Electronic).
@@ Certified                     $3.10
Label #:       70130600000223885573
                         ========
Issue PVI:                       $5.47

URBANA IL 61801                  $1.12
Zone-2 First-Class
Large Env
1.80 oz.
                         ========
Issue PVI:                       $1.12

SPRINGFIELD IL 62706             $1.12
Zone-2 First-Class
Large Env
1.80 oz.
                         ========
Issue PVI:                       $1.12

(Forever)     1  $9.20           $9.20
Four Flags
Double
Sided
Bklt/20
                         ==========
Total:                          $42.52
```



D. KISS (...0594)

| Trans Date | Post Date | Type | Description | Expense Category | Amount |
|---|---|---|---|---|---|
| 03/17/2016 | 03/18/2016 | Sale | EXXONMOBIL 97692099 | Auto Related ▼ | $15.15 |
| | | | GILMAN, IL | Memo<br>Gas for return trip from Urbana | |

```
                3/15/2016 4:08:05 PM
Order Number:   1134541
        Circle K        1301
        2011 N LINCOLN AVE
        URBANA, IL 61801-1026
         (217) 365-0252
Register:100    ICR
      ( DUPLICATE RECEIPT )
Pay at Pump Sale
Pump # 9  1 - UNLEADED
16.869 Gallons @ $1.879/Gal    $31.70
    Sub. Total:               $31.70
    Tax:                       $0.00
    Total:                    $31.70
    Discount Total:            $0.00
        TOTAL          $31.70
    Master Card:              $31.70
    Change              $0.00

SALE
Master Card
Card Num : (S)
XXXXXXXXXXXX6428


03/15/2016 16:07:57


I agree to pay the
above Total Amount
according to Card
Issuer Agreement.


        Thank You
        Come Again
```

# Schnucks®
Store Manager - Mike Roberts
Urbana 217-337-6018

```
NUTRI GRN HRVST STRWBRY t F
    1    @ 2   /  5.00      2.50
You Saved $0.89
NUTRI GRN FRT&NUT BLBRY t F
    1    @ 2   /  5.00      2.50
You Saved $1.39
NUTRI GRN FRT&NUT CHERY t F
    1    @ 2   /  5.00      2.50
You Saved $1.39
DASANI 12PK 500ML      t F  3.49
BERRY MEL MEDLEY       t B
    3    @ 1   /  4.99     14.97
********** Sale Subtotal***  25.96
    SALES tax-LO         0.26
********** Total Sale***     26.22
Account No.:***********6428
Appr No.:002001
*** CREDIT CARD              26.22
=================================
Savings Summary
Reduced Price Savings        3.67
*****************************
   YOU SAVED $3.67
*****************************
ITEMS PURCHASED: 7

Your Cashier:DIETHRA T

Purchase  $   26.22
Master Card #SXXXXXXXXXXXX6428
Auth # 02001C    Exp Date **/**
Lane # 06        Cashier # 126
03/14/16 15:17   Ref/Seq # 062984
Mrch=552835 Term=001 IC=CC
EPS Sequence   # 062984
```

## Now Hiring!
## Apply Online at
## Schnucks.com
### Thank You for shopping with us!
999502 03-14-16  3:17P 126/06/0720

# Hotels.com reservation confirmation 8015190340137 - Comfort Suites Urbana Champaign, University Area - Urbana

From: **Hotels.com** (confirmation@mail.hotels.com)
Sent: Mon 3/07/16 2:59 PM
To: meyerlouis@hotmail.com

**Dear Louis, your reservation has been confirmed. The hotel will charge you a total of $798.15.**

Manage booking           Book again

**Comfort Suites Urbana Champaign, University Area**

2001 North Lincoln Avenue
Urbana
61801
IL
US

+12173283500

| | |
|---|---|
| **Hotels.com confirmation number** | 8015190340137 |
| **Check-in** | Monday, March 14, 2016 (3 PM) |
| **Check-out** | Thursday, March 17, 2016 (noon) |
| **Your stay** | 3 nights, 3 rooms |
| **Cancellation policy** | Non-refundable |
| **Total to be charged by the hotel in their local currency** | **$798.15** |

**Use our app for paperless check in.**
Need access to this confirmation offline? Get our app.

Download app now

# Hotel Details

Comfort Suites Urbana Champaign, University Area

2001 North Lincoln Avenue, Urbana, 61801, IL, US Phone: +12173283500

**Required at check-in**

- Credit card or cash deposit required
- Government-issued photo ID required

# Room details

| | |
|---|---|
| **Room 1** | Suite, Non Smoking<br>Louis Meyer, 1 adult |
| **Preferences** | Non Smoking, Two Queen and One Sofa Bed |

**Please note:** Preferences and requests cannot be guaranteed. Special requests are subject to availability upon check-in and may incur additional charges.

**Facilities**          FREE BREAKFAST        FREE WIFI       FREE PARKING

**2 queen and 1 sofa bed**
300-sq-foot (27-sq-meter) room with courtyard views

**Layout** - Separate sitting area
**Entertainment** - Free WiFi and wired Internet access, 42-inch TV, MP3 dock
**Food & Drink** - Refrigerator, microwave, and coffee/tea maker
**Sleep** - Pillowtop bed, premium bedding, a pillow menu, and blackout drapes/curtains
**Bathroom** - Private bathroom, deep soaking bathtub

**Practical** - Sofa bed, free long-distance calls, and safe; free cribs/infant beds available on request
**Comfort** - Air conditioning, climate control, and daily housekeeping
Non-Smoking
Connecting/adjoining rooms can be requested, subject to availability

| **Room 2** | Suite, Non Smoking |
| | Dan Kiss, 1 adult |

| **Preferences** | Non Smoking, Two Queen and One Sofa Bed |

**Please note:** Preferences and requests cannot be guaranteed. Special requests are subject to availability upon check-in and may incur additional charges.

| **Facilities** | FREE BREAKFAST | FREE WIFI | FREE PARKING |

**2 queen and 1 sofa bed**
300-sq-foot (27-sq-meter) room with courtyard views

**Layout** - Separate sitting area
**Entertainment** - Free WiFi and wired Internet access, 42-inch TV, MP3 dock
**Food & Drink** - Refrigerator, microwave, and coffee/tea maker
**Sleep** - Pillowtop bed, premium bedding, a pillow menu, and blackout drapes/curtains
**Bathroom** - Private bathroom, deep soaking bathtub
**Practical** - Sofa bed, free long-distance calls, and safe; free cribs/infant beds available on request
**Comfort** - Air conditioning, climate control, and daily housekeeping
Non-Smoking
Connecting/adjoining rooms can be requested, subject to availability

| **Room 3** | Suite, Non Smoking |
| | Ashley Robinson, 1 adult |

| **Preferences** | Non Smoking, Two Queen and One Sofa Bed |

**Please note:** Preferences and requests cannot be guaranteed. Special requests are subject to availability upon check-in and may incur additional charges.

| **Facilities** | FREE BREAKFAST | FREE WIFI | FREE PARKING |

**2 queen and 1 sofa bed**
300-sq-foot (27-sq-meter) room with courtyard views

**Layout** - Separate sitting area
**Entertainment** - Free WiFi and wired Internet access, 42-inch
TV, MP3 dock
**Food & Drink** - Refrigerator, microwave, and coffee/tea
maker
**Sleep** - Pillowtop bed, premium bedding, a pillow menu, and
blackout drapes/curtains
**Bathroom** - Private bathroom, deep soaking bathtub
**Practical** - Sofa bed, free long-distance calls, and safe; free
cribs/infant beds available on request
**Comfort** - Air conditioning, climate control, and daily
housekeeping
Non-Smoking
Connecting/adjoining rooms can be requested, subject to
availability

## Payment details

| | |
|---|---|
| Price per room per night | $88.68 |
| Total to be charged by the hotel | $798.15 |

**We've guaranteed your booking with MasterCard ending in 6428.**
You will be charged deposits by the property based on the following schedule. 100 percent
(after booking)

**Congratulations!**
**You'll get 1 night free after your stay**

| | |
|---|---|
| **Cancellation policy** | **Special non-refundable rate** |
| | This special discounted rate is non-refundable. If you choose to change or cancel this booking you will not be refunded any of the payment. |
| **Your contact details** | meyerlouis@hotmail.com, 3122180963 |

# Got a question?

If you've already checked in or have questions related to the property, contact Comfort Suites Urbana Champaign, University Area at +12173283500

For other questions, check out our FAQs, or call our Hotels.com® Rewards Priority Customer Service team:

**United States of America**:
Exclusive members-only number to speak with specially-trained Hotels.com Rewards customer service agents or email HRSilver@hotels.com.
800-997-9138 Toll Free and 817-983-0664 (charges may apply)

You'll need your **Hotels.com Confirmation Number 8015190340137.**
Your Hotels.com® Rewards membership number is 46415172.

If you've got time we'd like to ask you 2 questions about your booking.

View our Terms & Conditions and Privacy Policy related to your booking. Please print a copy to keep for future reference.

©2002-2016 Hotels.com L.P. All rights reserved. 5400 LBJ Freeway, Suite 500, Dallas, Texas 75240, USA. Hotels.com and Hotels.com logo are registered trademarks or trademarks of Hotels.com, L.P. Other product and company names mentioned herein may be the trademarks of their respective owners.

New    Reply     Delete    Archive    Junk      four

Search Hotels

CTA 89

Cubs Tickets

**Dan Kiss** 5

Dicks sporting good

Dine-In Peoria

**Directv** 1

**District Court** 11959

Dr. Lizer

DUI discussion groups

Edible Arrangements

ExamOne

family

**Flowers and Gifts** 1

**Friends** 3

Funny

Golf Logix

Goods

Groupon

**Grubhub** 1

**Halo** 1

HBO

Hello Fresh

Hotels

House Stuff - Bills

Humana

Hy-Vee

Ian Mundie

# Hotels.com reservation confirmation 8015190340137 - Comfort Suites Urbana Champaign, University Area - Urbana



**Hotels.com** (confirmation@mail.hc

To: meyerlouis@hotmail.com

 **Dear Louis, your reservation h you a total of $798.15.**

 **Manage booking**     **Book a**

**Comfort Suites Urbana Champaign, University Area**

2001 North Lincoln Avenue
Urbana
61801
IL
US

+12173283500

**Hotels.com confirmation number**

**Check-in**

**Check-out**

**Your stay**

**Cancellation policy**

**Total to be charged by the hotel in their local currency**